UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Henry L. Jackson,

              Plaintiff,

vs.

The Federal Bureau of Prisons,
Warden Marty C. Anderson in his
official and personal capacities,
John/Jane Does, Mr. Herold, FMC
Pharmacist, in his official and
personal capacities, and the Mayo
Clinic,[1]

              Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 06-1347 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Defendants BOP, Anderson, Herold, and the Doe Defendants' Motion to Dismiss [Docket No. 23] is granted.

2.    That the Defendant Mayo Clinic's Motion to Dismiss [Docket No. 12] is granted.

---

[1] The Defendant Mayo Clinic notes that the "Mayo Clinic" should have been properly identified as the "Mayo Clinic Rochester," since the Mayo Clinic Rochester is the party which had contracted with the Federal Medical Center, in Rochester, Minnesota ("FMC-Rochester"), to provide the services at issue in the Plaintiff's Complaint. See, Mayo Clinic's Motion to Dismiss, Docket No. 12, at p. 1 n.1. We benignly overlook that error, as Mayo Clinic Rochester does not predicate its Motion to Dismiss on that ground, and the error does not go to the substance of the Plaintiff's claims.

      3.      That the Plaintiff's informal Motion for Appointment of Counsel [Docket No. 32] is denied.

DATED: 3/16/07                                        s/Michael J. Davis  
At Minneapolis, Minnesota                  Michael J. Davis, Judge  
                                                                     United States District Court